PETER S. DUGDALE, *as Road Overseer, etc.,* v. THOMAS McCOY *et al.*

No. 13,626. (77 Pac. 1134.)

Error from Marshall district court; SAM KIMBLE, judge. Opinion filed July 7, 1904. Affirmed.

*W. W. Redmond,* for plaintiff in error.

*J. A. Broughten,* and *Glass & Polack,* for defendants in error.

*Per Curiam:* This case involves the granting of an injunction to restrain a road overseer from maintaining an obstruction to the flow of water through a culvert across a public highway. The findings of fact are insufficient to establish the existence of a natural watercourse across the highway at the place of obstruction. (*Gibbs v. Williams,* 25 Kan. 214, 37 Am. Rep. 241; *K. C. & E. Rld. Co. v. Riley,* 33 id. 374, 6 Pac. 581; *C. K. & W. Rld. Co. v. Morrow,* 42 id. 339, 22 Pac. 413; *C. K. & N. Rly. Co. v. Steck,* 51 id. 737, 33 Pac. 601; *Singleton v. A. T. & S. F. Rly. Co.,* 67 id. 284, 72 Pac. 786.) Therefore, the case must be treated as one in which an injunction is sought to control the repair of a road by a road-district overseer.

The law relating to the authority and power of road overseers was fully discussed by Chief Justice Johnston in the case of *Shanks v. Pearson,* 66 Kan. 168, 71 Pac. 252. The questions involved in that case are identical with those arising upon the record under consideration.

The district court having found, though in a somewhat dubious way, the existence of a circumstance authorizing it to interfere, its judgment is affirmed.